**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, a/k/a ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:18-cv-1552<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley a/k/a Alex Andrews, and The Internet Archive, certify that, to the best of my knowledge and belief, the Woodhull Freedom Foundation, Human Rights Watch, and The Internet Archive are incorporated as nonprofit organizations, have no parent corporations, and have no stock or other interest owned by a publicly held company. These representations are made in order that judges of this court may determine the need for recusal.

Dated:  June 28, 2018

                                        Respectfully submitted,

                                        /s/  Robert Corn-Revere
                                        Robert Corn-Revere (D.C. Bar No. 375415)
                                        Ronald G. London (D.C. Bar No. 456284)
                                        DAVIS WRIGHT TREMAINE LLP
                                        1919 Pennsylvania Ave. NW, Suite 800
                                        Washington, D.C. 20006
                                        Telephone: (202) 973-4200
                                        Facsimile: (202) 973-4499
                                        bobcornrevere@dwt.com
                                        ronnielondon@dwt.com

                                        Attorneys for Plaintiffs