IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, aka ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-1552<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF LAWRENCE G. WALTERS**

Movant Bob Corn-Revere, on behalf of Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley aka Alex Andrews, and The Internet Archive (collectively "Plaintiffs"), respectfully moves this Court, pursuant to LCrR 83.2(d) of the Rules of the United States District Court for the District of Columbia, for an Order allowing the admission of Lawrence G. Walters as attorney *pro hac vice* to appear in this action as counsel for Plaintiffs.

1. Mr. Walters is the managing partner of Walters Law Group. He is a member in good standing of each Bar to which he is admitted and has never been disciplined. The declaration of Mr. Walters is attached hereto.

2. Mr. Corn-Revere is admitted to practice before this Court.

1

Dated: June 28, 2018

        Respectfully Submitted,

        By:     /s/ Robert Corn-Revere
            Robert Corn-Revere
            D.C. Bar No. 375415
            DAVIS WRIGHT TREMAINE
            1919 Pennsylvania Avenue NW
            Suite 200
            Washington, District of Columbia 20006
            Telephone: (202) 973-4225
            Facsimile: (202) 973-4499
            Email:  bobcornrevere@dwt.com

            *Counsel for Plaintiffs*