IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, aka ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and JEFF SESSIONS, in his official capacity as ATTORNEY OF THE UNITED STATES,<br><br>Defendants. | Case No. 1:18-cv-1552 |

## DECLARATION OF LAWRENCE G. WALTERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My full name is Lawrence G. Walters and I am the managing partner of Walters Law Group.

2. My office is located at 195 W. Pine Avenue, Longwood, Florida. My office telephone number is (407) 975-9150.

3. I am a member in good standing of the Bar of the state of Florida. I am also admitted to practice in the following Courts:

> Supreme Court of Florida
> U.S. District Court, Northern District of Florida
> U.S. District Court, Middle District of Florida
> U.S. District Court, Southern District of Florida
> Ninth Circuit Court of Appeals
> Eleventh Circuit Court of Appeals
> United States Court of Appeals for the Federal Circuit
> U.S. Supreme Court, Washington D.C.
> U.S. Court of Federal Claims

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2018

Respectfully Submitted,

_____
Lawrence G. Walters