IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION,<br>HUMAN RIGHTS WATCH, ERIC KOSZYK,<br>JESSE MALEY, aka ALEX ANDREWS, and<br>THE INTERNET ARCHIVE,<br><br>      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and<br>JEFFERSON B. SESSIONS, in his official capacity<br>as ATTORNEY GENERAL OF<br>THE UNITED STATES,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-1552<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

Upon Consideration of the Motion for Admission *Pro Hac Vice* of Lawrence G. Walters in the above-styled matter and the Declaration of Lawrence G. Walters in support thereof, it is this ____ day of _____, 2018, hereby

**ORDERED** that the Motion for Admission *Pro Hac Vice* of Lawrence G. Walters be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Lawrence G. Walters be allowed to appear *pro hac vice* in court proceedings in the above-styled matter.

_____
UNITED STATES DISTRICT JUDGE