# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, a/k/a ALEX ANDREWS, and THE INTERNET ARCHIVE, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendants. | Case No. 1:18-cv-1552 |

## Motion Under LCvR 83.2(d) for *Pro Hac Vice* Admission of David Greene

Pursuant to Local Civil Rule 83.2(d), Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley a/k/a Alex, Andrews, and The Internet Archive, move for the admission and appearance of attorney David Greene *pro hac vice* in the above-entitled action. This Motion is supported by the Declaration of David Greene, filed herewith. This motion is supported and signed by Robert Corn-Revere, an active and sponsoring member of the Bar of this Court.

Dated:   June 28, 2018

Respectfully submitted,

*/s/ Robert Corn-Revere*
Robert Corn-Revere (D.C. Bar No. 375415)
DAVIS WRIGHT TREMAINE LLP
19191 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006-3401
Tel: (202) 973-4200; Fax: (202) 973-4499

Counsel for Plaintiffs