IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, ) <br> HUMAN RIGHTS WATCH, ERIC KOSZYK, ) <br> JESSE MALEY, a/k/a ALEX ANDREWS, and ) <br> THE INTERNET ARCHIVE, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> THE UNITED STATES OF AMERICA ) <br> and JEFFERSON B. SESSIONS, in his ) <br> official capacity as ATTORNEY GENERAL ) <br> OF THE UNITED STATES, ) <br>   ) <br> Defendants. ) | Case No. 1:18-cv-1552 |

**Declaration of David Greene in Support of Motion
Under LCvR 83.2(d) for *Pro Hac Vice* Admission**

Pursuant to 28 U.S.C. § 1746, I, David Greene, declare as follows:

1. I am an attorney for the Electronic Frontier Foundation and I have been retained as counsel by Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley a/k/a Alex Andrews, and The Internet Archive, in the above-entitled action.

2. Pursuant to the requirements of LCvR 83.2(d), I provide the following information for purposes of *pro hac vice* admission to the bar of the United States District Court for the District of Columbia in regard to the above-entitled action;

    a. My full name is David Allen Greene

    b. My office address and telephone numbers are:

    David Greene (CA SBN 160107)
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, California 94109
    Tel: (415) 436-9993

       Fax: (415) 436-9993
       Email: davidg@eff.org

c. I have been admitted to the following bars:

   Supreme Court of California admitted June 17, 1992
   USDC for the Northern District of California admitted January 21, 1993
   USDC for the Southern District of California admitted February 9, 2005
   USDC for the Central District of California admitted February 17, 2005
   USDC for the Eastern District of California admitted June 3, 2015
   Second Circuit Court of Appeals admitted August 28, 2013
   Fifth Circuit Court of Appeals admitted May 29, 2018
   Seventh Circuit Court of Appeals, admitted November 21, 2014
   Ninth Circuit Court of Appeals, admitted January 12, 1993

d. I certify that I have not been disciplined by any bar.

e. I have not sought admission or been admitted *pro hac vice* to the bar of this Court in the last two years (or at any earlier time).

f. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the district of Columbia bar, and I do not have an application pending before the bar of this Court or the District of Columbia bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2018 at San Francisco, California.

_____
David Greene