# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, aka ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-1552 |

## [PROPOSED] ORDER

Upon Consideration of the Motion for Admission *Pro Hac Vice* of David Greene in the above-styled matter and the Declaration of David Greene in support thereof, it is this ____ day of _____, 2018, hereby

**ORDERED** that the Motion for Admission *Pro Hac Vice* of David Greene be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that David Greene be allowed to appear *pro hac vice* in court proceedings in the above-styled matter.

_____
UNITED STATES DISTRICT JUDGE