## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, a/k/a ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>      Defendants. | Case No. 1:18-cv-1552 |

**MOTION TO EXCLUDE PLAINTIFFS FROM LOCAL RULE 7(m)**

Plaintiffs have this day filed a Complaint for Declaratory and Injunctive Relief and a Motion for Preliminary Injunction challenging the constitutionality of the Allow States and Victims to Fight Online Sex Trafficking Act of 2017, Pub. L. No. 115-164, 132 Stat. 1253 (2018) ("FOSTA" or "the Act"). Pursuant to Local Rule 7(m), prior to filing any nondispositive motion in a civil action, counsel for Plaintiffs are required to discuss the anticipated motion with opposing counsel to determine whether there is any opposition to the relief sought, and to include in the motion a statement that the required discussion took place and whether the motion is opposed. Because the motion for preliminary injunction is being filed simultaneously with the Complaint commencing this action, there has been no opportunity for an attorney at the Department of Justice to file a notice of appearance on behalf of the government.

Accordingly, Plaintiffs request that the Motion for Preliminary Injunction be excluded from the duty to confer set forth in Rule 7(m). Given that the Motion for Preliminary Injunction

seeks to forestall enforcement of FOSTA entirely during the pendency of this action, it is highly likely the government opposes the motion.  The Motion for Preliminary Injunction will be served concurrently with service of the Complaint such that Defendants will have full, timely notice of the motion's filing.  Neither any party nor the Court's procedures would thus be harmed by forgoing the conferral requirement on this occasion.

A proposed order granting Plaintiffs' requested exclusion is attached hereto.

DATED:  June 28, 2018

Respectfully submitted,

  /s/  Robert Corn-Revere
ROBERT CORN-REVERE
D.C. Bar No. 375415
RONALD G. LONDON
D.C. Bar No. 456284
**Davis Wright Tremaine LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com
            ronnielondon@dwt.com


LAWRENCE G. WALTERS
Florida Bar No.: 0776599
*Pro Hac Vice* Admission Pending
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (408) 774-6151
Email: Larry@FirstAmendment.com
            Paralegal@FirstAmendment.com

AARON MACKEY
D.C. Bar No. 1017004
DAVID GREENE
(admitted in California)
*Pro Hac Vice* Admission Pending
CORYNNE MCSHERRY
(admitted in California)
**Electronic Frontier Foundation**
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Email:  amackey@eff.org
           davidg@eff.org

DAPHNE KELLER
Cal. Bar No. 226614
**Stanford Law School Center
 for Internet and Society**
559 Nathan Abbott Way
Stanford, CA 94305-8610
(650) 723-1417
Email:  daphnek@law.stanford.edu

Attorneys for Plaintiffs