IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, a/k/a ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendants. | Case No. 1:18-cv-1552 |

**[PROPOSED] ORDER**

Having considered the Motion to Exclude Plaintiffs' Motion for Preliminary Injunction from Local Rule 7(m), the Court hereby GRANTS the Motion to Exclude.  It is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion to Exclude is hereby granted.

SO ORDERED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE