**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-1552-RJL |
| | ) | |
| THE UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on June 29, 2018, the documents electronically filed by Plaintiffs on June 28, 2018, concurrently with the Complaint in the above-captioned proceeding, including the Certificate Required by LCVR 7.1, Motion for Preliminary Injunction, Motion to Exclude Plaintiffs from Local Rule 7(m), Motion for Admission *Pro Hac Vice* for Lawrence G. Walters, and Motion for Admission *Pro Hac Vice* for David Greene, were served by hand upon:

> Jefferson B. Sessions
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
>
> Jessie K. Liu
> U.S. Attorney for the District of Columbia
> United States Attorney's Office
> 555 4th Street, NW
> Washington, DC 20530

> /s/  Robert Corn-Revere
> Robert Corn-Revere (D.C. Bar No. 375415)
> DAVIS WRIGHT TREMAINE LLP
> 1919 Pennsylvania Ave. NW, Suite 800
> Washington, D.C. 20006
> Ph: (202) 973-4200; Fax: (202) 973-4499
> Email: bobcornrevere@dwt.com