# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Woodhull Feedom Foundation, et al.**

**Plaintiff(s)**

*vs.*                              Case No.: **1:18-cv-01552-RJL**

**The United States of America, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Motion for Admission Pro Hac Vice of Lawrence G. Walters, Declaration of Lawrence G. Walters in Support of Motion for Admission Pro Hac Vice, (Proposed) Order for the Motion for Admission Pro Hac Vice of Lawrence G. Walters, Motion under LCvR 83.2(d) for Pro Hac Vice Admission of David Greene, Declaration of David Greene in Support of Motion Under LCvR 83.2 (d) for Pro Hac Vice Admission, (Proposed) Order for Motion for Admission Pro Hac Vice of David Greene, Motion for Preliminary Injunction, Declaration of Kate D'Adamo, Declaration of Ricci Levy in Support of Motion for Preliminary Injunction, Declaration of Dinah Pokempner for Plaintiff Human Rights Watch, Declaration of Eric Koszyk, Declaration of Jesse Maley, Declaration of Brewster Kahle, Declaration of Dr. Alexandra Lutnick, Declaration of Alexandra Frell Levy, (Proposed) Order for Motion for Preliminary Injunction, Declaration of Dr. Kimberly Mehlman-Orozco, Motion to Exclude Plaintiffs from Local Rule 7 (m), and (Proposed) Order for Motion to Exclude Plaintiffs' Motion for Preliminary Injunction in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/29/2018 at 3:44 PM, I served Jefferson B. Sessions, United States Attorney General with the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Motion for Admission Pro Hac Vice of Lawrence G. Walters, Declaration of Lawrence G. Walters in Support of Motion for Admission Pro Hac Vice, (Proposed) Order for the Motion for Admission Pro Hac Vice of Lawrence G. Walters, Motion under LCvR 83.2(d) for Pro Hac Vice Admission of David Greene, Declaration of David Greene in Support of Motion Under LCvR 83.2(d) for Pro Hac Vice Admission, (Proposed) Order for Motion for Admission Pro Hac Vice of David Greene, Motion for Preliminary Injunction, Declaration of Kate D'Adamo, Declaration of Ricci Levy in Support of Motion for Preliminary Injunction, Declaration of Dinah Pokempner for Plaintiff Human Rights Watch, Declaration of Eric Koszyk, Declaration of Jesse Maley, Declaration of Brewster Kahle, Declaration of Dr. Alexandra Lutnick, Declaration of Alexandra Frell Levy, (Proposed) Order for Motion for Preliminary Injunction, Declaration of Dr. Kimberly Mehlman-Orozco, Motion to Exclude Plaintiffs from Local Rule 7(m), and (Proposed) Order for Motion to Exclude Plaintiffs' Motion for Preliminary Injunction at United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Gail Allen, Agent, authorized to accept service on behalf of the United States Attorney General.

Gail Allen is described herein as:

Gender: Female    Race/Skin: Black    Age: 60    Weight: 150    Height: 5'5"    Hair: Red    Glasses: Yes

I declare under penalty of perjury that this information is true.

June 29, 2018

Vance M. Warren, Sr.

_____
Executed On

Vance M. Warren, Sr.



Client Ref Number:N/A
Job #: 1547328

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050