### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Woodhull Feedom Foundation, et al.**


**Plaintiff(s)**

*vs.*                                    **Case No.: 1:18-cv-01552-RJL**

**The United States of America, et al.**


**Defendant(s)**

## <u>AFFIDAVIT OF SERVICE</u>

I, Vance M. Warren, Sr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Motion for Admission Pro Hac Vice of Lawrence G. Walters, Declaration of Lawrence G. Walters in Support of Motion for Admission Pro Hac Vice, (Proposed) Order for the Motion for Admission Pro Hac Vice of Lawrence G. Walters, Motion under LCvR 83.2(d) for Pro Hac Vice Admission of David Greene, Declaration of David Greene in Support of Motion Under LCvR 83.2 (d) for Pro Hac Vice Admission, (Proposed) Order for Motion for Admission Pro Hac Vice of David Greene, Motion for Preliminary Injunction, Declaration of Kate D'Adamo, Declaration of Ricci Levy in Support of Motion for Preliminary Injunction, Declaration of Dinah Pokempner for Plaintiff Human Rights Watch, Declaration of Eric Koszyk, Declaration of Jesse Maley, Declaration of Brewster Kahle, Declaration of Dr. Alexandra Lutnick, Declaration of Alexandra Frell Levy, (Proposed) Order for Motion for Preliminary Injunction, Declaration of Dr. Kimberly Mehlman-Orozco, Motion to Exclude Plaintiffs from Local Rule 7 (m), and (Proposed) Order for Motion to Exclude Plaintiffs' Motion for Preliminary Injunction in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/29/2018 at 4:01 PM, I served Jessie K. Liu, U.S. Attorney for the District of Columbia with the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia, Motion for Admission Pro Hac Vice of Lawrence G. Walters, Declaration of Lawrence G. Walters in Support of Motion for Admission Pro Hac Vice, (Proposed) Order for the Motion for Admission Pro Hac Vice of Lawrence G. Walters, Motion under LCvR 83.2(d) for Pro Hac Vice Admission of David Greene, Declaration of David Greene in Support of Motion Under LCvR 83.2(d) for Pro Hac Vice Admission, (Proposed) Order for Motion for Admission Pro Hac Vice of David Greene, Motion for Preliminary Injunction, Declaration of Kate D'Adamo, Declaration of Ricci Levy in Support of Motion for Preliminary Injunction, Declaration of Dinah Pokempner for Plaintiff Human Rights Watch, Declaration of Eric Koszyk, Declaration of Jesse Maley, Declaration of Brewster Kahle, Declaration of Dr. Alexandra Lutnick, Declaration of Alexandra Frell Levy, (Proposed) Order for Motion for Preliminary Injunction, Declaration of Dr. Kimberly Mehlman-Orozco, Motion to Exclude Plaintiffs from Local Rule 7(m), and (Proposed) Order for Motion to Exclude Plaintiffs' Motion for Preliminary Injunction at United States Attorney Office, 501 3rd Street, NW, Washington, DC 20001 by serving Reginald Rowan, Lead Legal Assistant, authorized to accept service.

Reginald Rowan is described herein as:

Gender: Male   Race/Skin: Black   Age: 44   Weight: 195   Height: 6'3"   Hair: Black   Glasses: Yes


I declare under penalty of perjury that this information is true.

_June 29, 2018_

_Vance M. Warren, Sr._

Executed On

Vance M. Warren, Sr.

Client Ref Number:N/A
Job #: 1547326

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050