**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.*, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>THE UNITED STATES OF AMERICA, *et al.*, )<br> )<br>Defendants. ) | Case No. 1:18-cv-1552-RJL |

**NOTICE OF FILING EXHIBIT TO LEVY DECLARATION**

Please take note that undersigned counsel hereby files with the Court Exhibit 1 to the Ricci Levy Declaration, Dkt. # 5-2, which was inadvertently omitted from the initial filing of the her Declaration in Support of the Motion for Preliminary Injunction [Dkt. 5].

DATED: July 2, 2018

                                                Respectfully submitted,

                                                  /s/  Robert Corn-Revere
ROBERT CORN-REVERE
D.C. Bar No. 375415
RONALD G. LONDON
D.C. Bar No. 456284
**Davis Wright Tremaine LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com
          ronnielondon@dwt.com

LAWRENCE G. WALTERS
Florida Bar No.: 0776599
*Pro Hac Vice* Admission Pending
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (408) 774-6151
Email: Larry@FirstAmendment.com
          Paralegal@FirstAmendment.com

AARON MACKEY
D.C. Bar No. 1017004
DAVID GREENE
(admitted in California)
*Pro Hac Vice* Admission Pending
CORYNNE MCSHERRY
(admitted in California)
**Electronic Frontier Foundation**
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Email:  amackey@eff.org
            davidg@eff.org

DAPHNE KELLER
Cal. Bar No. 226614
**Stanford Law School Center
 for Internet and Society**
559 Nathan Abbott Way
Stanford, CA 94305-8610
(650) 723-1417
Email:  daphnek@law.stanford.edu

Attorneys for Plaintiffs