**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-1552-RJL |
| THE UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

**THE CLERK OF THE COURT** will please enter the appearance of Ronald G. London as counsel for Plaintiffs in the above-captioned case.

Dated:  July 2, 2018

                                                 Respectfully submitted,

                                                 /s/  Ronald G. London
                                                 RONALD G. LONDON
                                                 D.C. Bar No. 456284
                                                 **Davis Wright Tremaine LLP**
                                                 1919 Pennsylvania Ave. NW, Suite 800
                                                 Washington, D.C. 20006
                                                 Telephone: (202) 973-4200
                                                 Facsimile: (202) 973-4499
                                                 Email: ronnielondon@dwt.com