IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendants. | Civil Action No. 18-01552 (RJL) |

## ORDER

Based upon consideration of Defendants' First Motion for Extension of Time to File Opposition to Plaintiffs' Motion for Preliminary Injunction, and for good cause shown, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED;

2. The deadline for Defendants to file their Opposition to Plaintiffs' Motion for Preliminary Injunction is extended to July 20, 2018.

SO ORDERED this _____ day of July, 2018.

_____
JUDGE RICHARD J. LEON