UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendants. | Civil Action No. 18-01552 (RJL) |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss Plaintiffs' Complaint.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that, for the reasons stated in the Motion, the Motion is GRANTED.  Plaintiff's Complaint is DISMISSED.  Any pending motions are hereby DENIED AS MOOT.  The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers in Washington, District of Columbia, this ___ day of _____, 2018.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE