IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendants. | Civil Action No. 18-01552 (RJL) |

## ORDER

Based upon consideration of Defendants' Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss, and for good cause shown, it is hereby ORDERED that:

1.  Defendants' Motion is GRANTED;

2.  The deadline for Defendants to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss is extended to August 6, 2018.

SO ORDERED this _____ day of August, 2018.

_____
JUDGE RICHARD J. LEON