## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-01552 (RJL) |

## **ORDER**

Based upon consideration of Defendants' Consent Motion for Extension of Time for Parties to Confer and to File Joint Meet and Confer Statement, and for good cause shown, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED;

2. The deadline for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 is extended until 30 days after the Court issues its order on the pending Motion for Preliminary Injunction and Motion to Dismiss (ECF Nos. 5 & 16); and

3. No later than fourteen days following that meeting, the parties shall submit their Joint Meet and Confer Statement.

SO ORDERED this _____ day of August, 2018.

_____
JUDGE RICHARD J. LEON