UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Woodhull Freedom Foundation, *et al.*,   )
                                          )
            Plaintiffs,                   )
                                          )
    v.                                    )   Civil Case No. 18-cv-01552 (RJL)
                                          )
United States of America, *et al.*,       )
                                          )
            Defendants.                   )
                                          )
                                          )

**FILED**
SEP 24 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**

September 24th, 2018 [Dkt. ## 5, 16]

**THIS CASE** comes before the Court upon plaintiffs' Motion for Preliminary Injunction [Dkt. # 5] and defendants' Motion to Dismiss [Dkt. #16].

**UPON CONSIDERATION** of the motions, the pertinent portions of the record, and being otherwise fully advised on the matter, it is hereby

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, defendants' Motion to Dismiss [Dkt. # 16] is **GRANTED**, and plaintiffs' Motion for Preliminary Injunction [Dkt. # 5] is **DENIED** as moot.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge