## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, a/k/a ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>    Plaintiffs,<br><br>V.<br><br>THE UNITED STATES OF AMERICA and JEFFERSON B. SESSIONS, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendants. | Case No. 1:18-cv-1552-RJL<br><br>**NOTICE OF APPEAL**<br><br>Action Filed: June 28, 2018 |

## **NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in the above-captioned action, Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley, a/k/a Alex Andrews, and The Internet Archive, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of September 24, 2018, Dkt. No. 26, denying plaintiffs' Motion for Preliminary Injunction, and granting defendants' Motion to Dismiss, Dkt. No. 16. against said plaintiffs.

Dated:  October 9, 2018

Respectfully submitted,

/s/ *Robert Corn-Revere*
ROBERT CORN-REVERE (D.C. Bar No. 456284)
RONALD G. LONDON (D.C. Bar No. 456284)
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C. 2006
Tel. (202) 973-4200
bobcornrevere@dwt.com
ronnielondon@dwt.com

DAVID GREENE (admitted *pro hac vice*)
AARON MACKEY (D.C. Bar No. 1017004)
CORYNNE MCSHERRY (admitted in California)
**ELECTRONIC FRONTIER FOUNDATION**
815 Eddy Street
San Francisco, CA 94109
Tel. (415) 436-9333
davidg@eff.org
amackey@eff.org

LAWRENCE G. WALTERS
(Florida Bar No. 0776599)
**WALTERS LAW GROUP**
195 W. Pine Ave.
Longwood, FL 32750-4104
Tel. (407) 975-9150
Larry@FirstAmendment.com
Paralegal@FirstAmendment.com

DAPHNE KELLER
Cal. Bar No. 226614
**STANFORD LAW SCHOOL CENTER
 FOR INTERNET AND SOCIETY**
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel. (650) 723-1417
daphnek@law.stanford.edu

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court for the District of Columbia and served on all counsel of record via the CM/ECF system on October 9, 2018.

/s/ *Robert Corn-Revere*
Robert Corn-Revere