# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 18-5298** | **September Term, 2019** |
| | **1:18-cv-01552-RJL** |
| | **Filed On: March 18, 2020** [1834061] |

Woodhull Freedom Foundation, et al.,

      Appellants

    v.

United States of America and William P. Barr, in his official capacity as Attorney General of the United States,

      Appellees

## M A N D A T E

In accordance with the judgment of January 24, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

          BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk

Link to the judgment filed January 24, 2020