# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 18-5298**                                                    **September Term, 2019**
                                                                   FILED ON: JANUARY 24, 2020

WOODHULL FREEDOM FOUNDATION, ET AL.,
        APPELLANTS

v.

UNITED STATES OF AMERICA AND WILLIAM P. BARR, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-01552)

Before: ROGERS, GRIFFITH and KATSAS, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the order on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause dismissing the complaint for lack of subject-matter jurisdiction be reversed, and the case be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/

        Daniel J. Reidy
        Deputy Clerk

Date: January 24, 2020

Opinion for the court filed by Circuit Judge Rogers.
Opinion concurring in part and concurring in the judgment filed by Circuit Judge Katsas.