UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA et al., <br><br> *Defendants*. | Civil Action No. 18-1552 (RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sean M. Tepe and remove the appearance of Assistant United States Attorney Jason T. Cohen as counsel of record for Defendants in the above-captioned case.

Dated: March 19, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Sean M. Tepe*
SEAN M. TEPE
DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Fax: (202) 252-2599
Email: sean.tepe@usdoj.gov