IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, HUMAN RIGHTS WATCH, ERIC KOSZYK, JESSE MALEY, a/k/a ALEX ANDREWS, and THE INTERNET ARCHIVE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendants. | Case No. 1:18-cv-1552-RJL |

**REQUEST FOR SCHEDULING CONFERENCE**

Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Malley (a/k/a Alex Andrews), and Internet Archive request that the Court issue an Order or schedule a telephonic scheduling conference to determine how the case should proceed.

This case involves pre-enforcement facial constitutional challenges to the Allow States and Victims to Fight Online Sex Trafficking Act of 2017, Pub. L. No. 115-164, 132 Stat. 1253 (2018) ("FOSTA"). The Court dismissed Plaintiff's claims for a lack of standing, and denied as moot Plaintiffs' motion for preliminary injunction. *See Woodhull Freedom Found. v. United States*, 334 F. Supp. 3d 185 (D.D.C. 2018); *see also* Dkts. 25-26. On appeal, the Circuit Court reversed the order dismissing the complaint for lack of subject matter jurisdiction and remanded to this Court for further proceedings. *Woodhull Freedom Found. v. United States*, 948 F.3d 363, 374 (D.C. Cir. 2020); *see also* Dkt. 29 (USCA Mandate). Plaintiffs respectfully request a scheduling conference to set forth a procedure for addressing the merits and to establish a briefing schedule.

DATED:  June 29, 2020

Respectfully submitted,

  /s/ Robert Corn-Revere
ROBERT CORN-REVERE
D.C. Bar No. 375415
RONALD G. LONDON
D.C. Bar No. 456284
**Davis Wright Tremaine LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C. 20006
Tel: (202) 973-4200  Fax: (202) 973-4499
Email: bobcornrevere@dwt.com
ronnielondon@dwt.com


LAWRENCE G. WALTERS
Florida Bar No.: 0776599
*Pro Hac Vice*
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750-4104
Tel: (407) 975-9150  Fax: (408) 774-6151
Email: Larry@FirstAmendment.com
Paralegal@FirstAmendment.com


AARON MACKEY
D.C. Bar No. 1017004
DAVID GREENE
(admitted in California)
*Pro Hac Vice*
CORYNNE MCSHERRY
(admitted in California)
**Electronic Frontier Foundation**
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Email:  amackey@eff.org
davidg@eff.org


DAPHNE KELLER
Cal. Bar No. 226614
**Stanford Cyber Policy Center**
616 Jane Stanford Way, #E016
Stanford, CA 94305
Tel: (650) 725-0325
Email:  daphnek@law.stanford.edu

Attorney for Plaintiffs