IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-1552-RJL |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that representation of Defendants in the above-captioned action has been reassigned. The Clerk of Court will please terminate the appearance of Sean M. Tepe and enter the appearance of Kathryn L. Wyer as lead counsel of record for Defendants in the above-captioned case. Further communications, notices, pleadings, and correspondence in this case should be directed to Ms. Wyer at the address below.

Dated: June 29, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM JOHN BOWEN
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov

*Counsel for Defendant*