**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants. | Case No. 1:18-cv-1552-RJL |

**[proposed ORDER]**

Upon consideration of Plaintiffs' Request for Scheduling Conference, Defendants' Response, and the entire record herein, it is hereby

ORDERED that the parties shall confer and submit a joint proposed briefing schedule for cross-motions for summary judgment, in which Plaintiffs will file their motion first, Defendants will then file a cross-motion with a combined memorandum in support of that cross-motion and in opposition to Plaintiffs' motion, Plaintiffs will then file a combined reply in support of their motion and opposition to Defendants' cross-motion, and Defendants will then file a reply in support of their cross-motion. It is further

ORDERED that the parties shall file their joint proposed briefing schedule on or before ten days from the date of this Order.

SO ORDERED.

Dated: _____                    _____
                                     The Honorable Richard J. Leon
                                     U.S. DISTRICT JUDGE