# Exhibit 1

View Results

Overview Edit

**Performance**

You've spent **$0.00** over **9 days**.

Event Responses

0

Reach 0

Cost per Event Response --

**Activity**

No one has engaged with your page yet.

**Details**

Status Rejected | Delete Promotion

Objective Event Responses

**Ad Can't Run: Update Text**

This ad isn't running because it doesn't follow our Advertising Policies. We don't allow ads that promote adult products or services, such as sex toys, sexual enhancement products, or sexual videos and publications.

Ads like these are sensitive in nature and typically evoke a negative reaction from viewers.

You can edit your ad or request another review if you think it was incorrectly rejected.

Request Review

**Preview**

Watch here: www.facebook.com/woodhullsfa/live By embracing pleasure as a strategy we can challenge the power of body repression in the...

**Audience**

Help Center Close

View Results

Overview Edit

**Performance**

You've spent **$0.00** over **18 days**.

Event Responses

0

Reach 0

Cost per Event Response --

**Activity**

No one has engaged with your page yet.

**Details**

Status Rejected | Delete Promotion

Objective Event Responses

**Ad Can't Run: Update Text**

This ad isn't running because it doesn't follow our Advertising Policies. We don't allow ads that promote adult products or services, such as sex toys, sexual enhancement products, or sexual videos and publications, as well as images or videos that show nudity.

**What to do next**: We suggest checking that your image or video, text, and destination link are compliant.

You can edit your ad or request another review if you think it was incorrectly rejected.

Request Review

**Preview**

Carly S shares tips and tricks to get you in the spirit of giving and receiving amazing oral sex. We'll cover anatomy, hand and mouth techniques for all bodies, and the best toys to...

**Audience**

Help Center

Close



