# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-1552-RJL |

## [proposed ORDER]

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' Motion is GRANTED; it is further

ORDERED that judgment is hereby entered in favor of Defendants.

SO ORDERED.

Dated: _____

_____
The Honorable Richard J. Leon
U.S. DISTRICT JUDGE