IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-1552-RJL |

**DEFENDANTS' UNCONTESTED MOTION FOR AN EXENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully request that the Court amend the briefing schedule previously entered in this case in order to allow Defendants an additional nine days to file a brief in opposition to Plaintiffs' motion for summary judgment.

Good cause exists to grant this motion. Following a telephonic conference, this Court issued a minute order on July 16, 2020, ordering "that the any cross-motions for summary judgment shall be due within 45 days of this order, oppositions shall be due within 30 days of the filing of any cross-motions for summary judgment, and any replies in support of any cross-motions for summary judgment shall be due within 15 days of the filing of oppositions." Minute Order of July 16, 2020. Accordingly, the parties' cross-motions for summary judgment were due on August 31, 2020; the oppositions are currently due September 30, 2020; and the replies are due October 15, 2020.

Pursuant to this schedule, the parties filed cross-motions for summary judgment on August 31, 2020. [ECF Nos. 34, 35.] Plaintiffs' filing comprises 396 pages. *See* ECF No. 34. Meanwhile, undersigned counsel for Defendants has a number of deadlines that predate the briefing schedule

in this case. First, pursuant to a briefing schedule issued on April 21, 2020, in *City of Columbus v. Trump*, No. 18-2364 (D.Md.), undersigned counsel has another cross-motion for summary judgment due on September 17, 2020, based on a 3882-page administrative record. Due to the August 31 deadline in this case as well as an unexpected brief prepared on an expedited timeframe in another case, Defendants are unable to meet the September 17 deadline in *City of Columbus*, and are currently seeking an eleven-day extension of that deadline to September 28, 2020, which was the maximum extension to which plaintiffs in that case would agree. As a result, undersigned counsel will not have sufficient time to prepare an opposition brief in this case by the current deadline of September 30, 2020.

In addition, pursuant to an order issued on May 11, 2020, in a sealed proceeding in a third case, undersigned counsel has a hearing on October 15, 2020, which is also the current deadline for the parties' replies in this case.

In light of the foregoing, undersigned counsel conferred with counsel for plaintiffs, requesting plaintiffs' consent to a nine-day extension of the deadline for both parties' oppositions, and a corresponding eleven-day extension (due to an intervening weekend) of the deadline for both parties' replies. Counsel for Plaintiffs has indicated that Defendants "may convey to the court that Plaintiffs take no position on [this] request."

Accordingly, Defendants respectfully request that the Court amend the remaining deadlines in the current briefing schedule as follows:

- The parties will file their oppositions to the cross-motions for summary judgment on or before October 9, 2020.

- The parties will file their replies on or before October 26, 2020.

A proposed order is included with this motion.

Dated:  September 14, 2020                                             Respectfully submitted,

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

        BRIGHAM JOHN BOWEN
        Assistant Director, Federal Programs Branch

        /s/ Kathryn L. Wyer
        KATHRYN L. WYER
        Federal Programs Branch
        U.S. Department of Justice, Civil Division
        1100 L Street, N.W., Room 12014
        Washington, DC  20005
        Tel. (202) 616-8475
        kathryn.wyer@usdoj.gov

        *Counsel for Defendant*