## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-1552-RJL |

### [proposed] ORDER

Upon consideration of Defendants' Uncontested Motion for an Extension of Time, and for good cause shown, Defendants' motion is hereby GRANTED. Accordingly, it is ORDERED that the briefing schedule set forth by Minute Order dated July 16, 2020, is hereby amended as follows:

- The parties will file their oppositions to the cross-motions for summary judgment on or before October 9, 2020.

- The parties will file their replies on or before October 26, 2020.

SO ORDERED.

Dated: _____            _____
                                          RICHARD J. LEON
                                          UNITED STATES DISTRICT JUDGE