IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-1552-RJL |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Please take notice that, on January 5, 2021, the District Court for the Northern District of Texas issued a memorandum opinion and order denying a motion to dismiss in *United States v. Martono*, No. 3:20-cr-274 (N.D. Tex.). In its decision, attached hereto, the court upheld the Allow States and Victims to Fight Online Sex Trafficking Act of 2017 ("FOSTA") against constitutional challenges, on overbreadth and vagueness grounds, similar to those raised by Plaintiffs here.

Dated: January 7, 2021

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*