# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-01552-RJL |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS'
## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley a/k/a Alex Andrews, and The Internet Archive hereby respond to the Notice of Supplemental Authority filed by Defendants on January 7, 2021 (Dkt. 41), citing an order denying a motion to dismiss in *United States v. Martono*, 2021 WL 39584 (N.D. Tex. Jan. 5, 2021).  Defendants recite that the order rejected Martono's constitutional overbreadth and vagueness challenges to one of the statutes under which he was charged, the Allow States and Victims to Fight Online Sex Trafficking Act of 2017 ("FOSTA"), Pub. L. No. 115-164, 132 Stat. 1253 (2018), which is subject to a facial challenge here.

The sole authority cited by the *Martono* court in concluding that FOSTA is not unconstitutionally overbroad or vague was Judge Katsas' concurring opinion in the prior D.C. Circuit opinion in this case. *See Martono*, 2021 WL 39584, at *2, *3 (citing *Woodhull Freedom Found. v. United States*, 948 F.3d 363, 375 (D.C. Cir. 2020) (Katsas, J., concurring in part and concurring in the judgment).  Plaintiffs have already explained at length why such reliance on Judge Katsas' interpretations of FOSTA, with which the D.C. Circuit disagreed, is unwarranted.  *See* Pls.' Opp. to

Defs.' Mot. for Summ. J. (Dkt. 38), at 16-18, 21; Reply to Defs.' Opp. to Pls.' Mot. for Summ. J. (Dkt. 39), at 13.

Plaintiffs also note the *Martono* decision undermines other of Defendants' arguments in this case. Specifically, they have defended FOSTA on several fronts by in part claiming its prohibitions on promoting or facilitating the "prostitution of another person" denote specific unlawful acts. *E.g.*, Defs.' Mot. for Summ. J. (Dkt. 37), at 11-12, 22-23, 27-31, 34. But the *Martono* court suggests that that is not necessary. It rejected the extent to which website operator Martono contends that the indictment must … identify specific persons who were the object of the prostitution," citing an absence of authority "to support the proposition that the indictment must include such specificity," and "declin[ing] to find that the specific identity of persons is an essential element of the offense." *Martono*, 2021 WL 39584, at *4. Thus, the court held, the charge against Martono under 18 U.S.C. § 2421A for owning and operating websites, including cityxguide.com, which were alleged to have promoted and facilitated prostitution and sex trafficking, had been sufficiently pled.

DATED: January 11, 2021

Respectfully submitted,

    /s/ Robert Corn-Revere
ROBERT CORN-REVERE
D.C. Bar No. 375415
RONALD G. LONDON
D.C. Bar No. 456284
**Davis Wright Tremaine LLP**
1301 K Street, NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com
      ronnielondon@dwt.com

LAWRENCE G. WALTERS
Florida Bar No.: 0776599
*Pro Hac Vice*
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (408) 774-6151
Email: Larry@FirstAmendment.com
          Paralegal@FirstAmendment.com

AARON MACKEY
D.C. Bar No. 1017004
DAVID GREENE
(admitted in California)
*Pro Hac Vice*
CORYNNE MCSHERRY
(admitted in California)
**Electronic Frontier Foundation**
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Email:  amackey@eff.org
          davidg@eff.org

DAPHNE KELLER
Cal. Bar No. 226614
**Stanford Cyber Law Center**
616 Jane Stanford Way #E016
Stanford, CA 94305
(650) 725-0325
Email:  daphnek@stanford.edu

Attorneys for Plaintiffs