**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-01552-RJL |

**MOTION TO WITHDRAW APPEARANCE**
**ON BEHALF OF PLAINTIFF WOODHULL FREEDOM FOUNDATION**

Ronald G. London, attorney for Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley, a/k/a Alex Andrews, and The Internet Archive, pursuant to Local Rule 83.6, moves this Court for an Order withdrawing his appearance in this case on the grounds that, effective February 26, 2021, he will be leaving the law firm of Davis Wright Tremaine LLP.  Plaintiffs will continue to be represented by Robert Corn-Revere of Davis Wright Tremaine, and other counsel listed in the Complaint filed June 28, 2018 and on the Court docket.

WHEREFORE, counsel requests that this Court enter an order that permits Ronald G. London to withdraw as attorney of record for Plaintiff Woodhull Freedom Foundation in this case.

DATED:  February 26, 2021		By: /s/ Ronald G. London
					Ronald G. London
					DAVIS WRIGHT TREMAINE, LLP
					1301 K Street, NW, Suite 500 East
					Washington, D.C. 20005
					(202) 973-4235

					*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-01552-RJL |

### [PROPOSED] ORDER

Upon consideration of the Motion to Withdraw Appearance of Ronald G. London on behalf of Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley, a/k/a Alex Andrews, and The Internet Archive, it is hereby

**SO ORDERED**.

Dated this __ day of _____, 2021.

_____
Honorable Richard J. Leon