## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION,<br>HUMAN RIGHTS WATCH, ERIC KOSZYK,<br>JESSE MALEY, a/k/a ALEX ANDREWS, and<br>THE INTERNET ARCHIVE,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA<br>and MERRICK GARLAND, in his official<br>capacity as ATTORNEY GENERAL<br>OF THE UNITED STATES,<br><br>        Defendants. | Case No. 1:18-cv-1552 |

### **[Proposed] Order**

For the reasons set forth in Plaintiffs' Motion for a Status Conference, the Court hereby sets a status conference for February __, 2022 at _____.

_____
Hon. Richard J. Leon, Senior District Judge

Date: _____