IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-1552-RJL |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully request that the Court grant a two-week extension of the time within which Defendants may file a response to Plaintiffs' Motion for a Status Conference [ECF No. 50]. Undersigned counsel has conferred with counsel for Plaintiffs, and Plaintiffs take no position on this request for an extension.

Good cause exists to grant this motion. Plaintiffs filed their Motion for a Status Conference on February 7, 2022. Under LCvR 7(b), Defendants' response is currently due February 21, 2022. However, undersigned counsel for Defendants is currently engaged in preparing a lengthy memorandum (currently over 300 pages) in connection with a sealed proceeding in another District, which is due February 25, 2022.

In addition, when conferring regarding Plaintiffs' request for a status conference, Plaintiffs did not mention that they wished to submit supplemental briefing, nor did they identify the cases that they believed warranted such briefing. Defendants had stated their position as opposing on the ground that it is not Defendants' practice to prod the Court on fully-briefed pending motions. As

indicated in Defendants' responses to Plaintiffs' prior Notices of Supplemental Authority, Defendants have not considered the decisions identified in those Notices to be relevant to the issues before the Court. However, Defendants have not had an opportunity to review the additional cases that Plaintiffs identified in their motion. Although Defendants would not object if the Court were to deny Plaintiffs' Motion without further briefing, Defendants seek an opportunity to review the cases Plaintiffs have cited and to file a response before the Court considers granting the Motion.

Accordingly, Defendants respectfully request that the deadline to respond to Plaintiffs' Motion for a Status Conference be extended by two weeks, up to and including March 7, 2022.

Dated: February 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*