IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-1552-RJL |

### [proposed] ORDER

Upon consideration of Defendants' Motion for an Extension of Time, and for good cause shown, Defendants' motion is hereby GRANTED. Accordingly, it is ORDERED that the deadline for Defendants' response to Plaintiffs' Motion for a Status Conference is hereby extended up to and including March 7, 2022.

SO ORDERED.

Dated: _____     _____
                                  RICHARD J. LEON
                                  UNITED STATES DISTRICT JUDGE