# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODHULL FREEDOM FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-1552-RJL |

### [proposed] ORDER

Upon consideration of Plaintiffs' Motion for a Status Conference and the opposition thereto, Plaintiffs' Motion is DENIED.

SO ORDERED.

Dated: _____          _____
                                               RICHARD J. LEON
                                               UNITED STATES DISTRICT JUDGE