# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOODHULL FREEDOM FOUNDATION, | ) | |
| HUMAN RIGHTS WATCH, ERIC KOSZYK, | ) | |
| JESSE MALEY, a/k/a ALEX ANDREWS, and | ) | |
| THE INTERNET ARCHIVE, | ) | |
| | ) | Case No. 1:18-cv-1552 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| and MERRICK GARLAND, in his official | ) | |
| capacity as ATTORNEY GENERAL | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' REPLY IN SUPPORT OF
## MOTION FOR A STATUS CONFERENCE

Plaintiffs Woodhull Freedom Foundation, Human Rights Watch, Eric Koszyk, Jesse Maley a/k/a Alex Andrews, and The Internet Archive hereby respond to Defendants' Opposition to the Motion for a Status Conference.

Plaintiffs requested a status conference so the court and the parties could discuss in what form the court would prefer to receive briefing regarding numerous pertinent decisions that have been handed down since the completion of briefing – serial notices of supplemental authority,  aggregated briefing, or something else.  Rather than discuss that issue, the defendants have simply filed a brief aggregating some of the recent authority. If that is the Court's preference, plaintiffs will do the same.  However, if the Court would be willing to meet with the parties to discuss on orderly process for supplemental briefing, Plaintiffs stand ready to do so.

DATED: March 8, 2022

Respectfully submitted,

/s/ Robert Corn-Revere

ROBERT CORN-REVERE
D.C. Bar No. 375415
Davis Wright Tremaine LLP
1301 K Street, NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com

LAWRENCE G. WALTERS
Florida Bar No.: 0776599
Pro Hac Vice
Walters Law Group
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (408) 774-6151
Email: Larry@FirstAmendment.com
Paralegal@FirstAmendment.com

AARON MACKEY
D.C. Bar No. 1017004
DAVID GREENE
(admitted in California)
Pro Hac Vice
CORYNNE MCSHERRY
(admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Email: amackey@eff.org
davidg@eff.org

DAPHNE KELLER
Cal. Bar No. 226614
Stanford Cyber Policy Center
616 Jane Stanford Way #E016
Stanford, CA 94305
(650) 725-0325
Email: daphnek@stanford.edu

Attorneys for Plaintiffs