UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WOODHULL FREEDOM )
FOUNDATION, *et al.*, )
 )
    Plaintiffs, )
 )
v. ) Civil Case No. 18-1552 (RJL)
 )
UNITED STATES OF AMERICA, )
*et al.*, )
 )
    Defendants. )

**ORDER**
March 29, 2022 [Dkt. ## 34, 35, 50]

**THIS CASE** comes before the Court upon plaintiffs' Motion for Summary Judgment [Dkt. # 34] and defendants' Cross-Motion for Summary Judgment [Dkt. # 35].

**UPON CONSIDERATION** of the motions, the pertinent portions of the record, and being otherwise fully advised on the matter, it is hereby

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, defendants' Cross-Motion for Summary Judgment [Dkt. # 35] is **GRANTED**; plaintiffs' Motion for Summary Judgment [Dkt. # 34] is **DENIED**; and plaintiffs' Motion for Hearing [Dkt. # 50] is **DENIED** as moot.

**SO ORDERED.**

                                                                                                            */s/ Richard J. Leon*
                                                                                                            RICHARD J. LEON
                                                                                                            United States District Judge