UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: Woodhull Freedom Foundation; Human Rights Watch; Eric Koszyk; Jesse Maley, a/k/a Alex Andrews; The Internet Archive

vs.

Civil Action No. 1:18-cv-1552

Defendant: United States of America and Merrick Garland, Attorney General of the United States

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __25__ day of __April__ 20__22__, that Woodhull Freedom Foundation; Human Rights Watch; Eric Koszyk; Jesse Maley, a/k/a Alex Andrews; The Internet Archive hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the __29__ day of __March__, 20__22__, in favor of United States of America and Merrick Garland, Attorney General of the United States against said Woodhull Freedom Foundation; Human Rights Watch; Eric Koszyk; Jesse Maley, a/k/a Alex Andrews; The Internet Archive

Attorney/Pro Se Party Signature: /s/ Robert Corn-Revere

Name: Robert Corn-Revere

Address: Davis Wright Tremaine, LLP
1301 K Street, NW, Suite 500-East
Washington, D.C. 20005-4200

Telephone: (202) 973-4200

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017