# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5105**  **September Term, 2023**

**1:18-cv-01552-RJL**

**Filed On: September 1, 2023** [2015135]

Woodhull Freedom Foundation, et al.,

    Appellants

    v.

United States of America and Merrick B. Garland, in his official capacity as Attorney General of the United States,

    Appellees

## M A N D A T E

In accordance with the judgment of July 7, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

Link to the judgment filed July 7, 2023